CLEARY & CO. v. UNITED STATES.

(Circuit Court, S. D. New York. December 28, 1899.)

No. 2,669.

CUSTOMS DUTIES—ROSES.

Where merchandise comprised certain roses claimed as free under Act 1894, par. 587, as plants known as "nursery stock," they were properly assessed under paragraph 234½ of said act as plants used for forcing under glass as cut flowers.

Appeal by Cleary & Co. from a decision of the board of appraisers affirming the classification by the collector of the merchandise in question.

W. Wickham Smith, for importers.

Henry C. Platt, Asst. U. S. Atty.

TOWNSEND, District Judge (orally). The merchandise herein comprises certain roses claimed as free under paragraph 587 of the act of 1894 as "plants, trees, shrubs, etc., commonly known as 'nursery stock,'" and assessed for duty under the provisions of paragraph 234½ of said act as "plants used for forcing under glass for cut flowers or decorative purposes" at 10 per cent. ad valorem. The appraiser reported the merchandise as "forcing plants." The single witness produced on behalf of the importers admitted that he knew nothing about this specific importation. Upon the report of the appraiser the board overruled the protest. The decision of the board of general appraisers is affirmed.